# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00250-CV

### C. F., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

#### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
#### NO. D-1-FM-19-003551, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant C. F. filed his notice of appeal on June 1, 2021. The appellate record was complete on June 17, 2021, making appellant's brief due on July 7, 2021. On July 6, 2021, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Lisa Mims to file appellant's brief no later than July 21, 2021. If the brief is not filed by that date, Ms. Mims may be required to show cause why she should not be held in contempt of court.

It is ordered on July 8, 2021.

Before Justices Goodwin, Baker, and Smith